JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARTIN FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00723-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from November 5, 2014, to December 5, 2014.   This is Plaintiff's first request for an extension by stipulation of the parties.


Dated:  November 5, 2014　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　/s/__Jonathan Omar Pena__
　　　　　　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated:  November 5, 2014　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

1

                                **(As authorized via email on November 5, 2014)**
                        By:   /s/_____
                                Francesco Paulo Benavides
                                Office of the General Counsel/SSA
                                Attorneys for Defendant

ORDER

IT IS SO ORDERED.

    Dated:   **November 7, 2014**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE