UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTIN FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00723-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended for 30 days from January 29, 2015, to February 28, 2015.   This is Plaintiff's first request for an extension to file Plaintiff's Opening Brief by stipulation of the parties, and second request overall.   Plaintiff's counsel needs additional time to finalize research, draft and finalize plaintiff's opening brief.

|  |  |
|---|---|
| Dated:  January 23, 2015 | Respectfully submitted,<br>/s/   Jonathan Omar Pena<br>JONATHAN OMAR PENA<br>Attorney for Plaintiff |
| Dated:  January 23, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |

1

Social Security Administration

**(As authorized via email on 1/23/15)**
By:   /s/_____
Francesco Paulo Benavides
Office of the General Counsel/SSA
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before March 2, 2015;[1]

2. The Commissioner's opposition brief shall be filed on or before April 6, 2015; and

3. Plaintiff may file an optional reply brief on or before April 24, 2015.

IT IS SO ORDERED.

Dated:   **February 4, 2015**                 **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested that Plaintiff's opening brief deadline be extended until February 28, 2015. Because February 28, 2015, is a Saturday, the Court has extended the deadline to March 2, 2015.