# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARTIN FERNANDEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:14-cv-00723-SKO<br><br>STIPULATION OF DISMISSAL<br>(Fed. R. Civ. P. 41(a)(1)) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as follows:

1. This action was commenced on May 12, 2014.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, without prejudice.

Dated:  March 6, 2015

Respectfully submitted,
*/s    Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated:  March 6, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

**(As authorized via email)**

By: _____

Francesco Paulo Benavides
Special Assistant U.S. Attorney
Attorneys for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **March 16, 2015**                         **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

Stip. Of Dismissal 1:14-cv-00723-SKO                 2